MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5065
   Fax: (408)-535-5066
   E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br>   v. ) <br> ) <br> EDELMANN PEREZ, et al., ) <br> ) <br>    Defendants. ) <br> _____ ) | No. CR 10-00826-JW <br><br> STIPULATION AND [PROPOSED] ORDER CHANGING STATUS HEARING FROM JANUARY 12, 2011, AT 10:00 A.M TO JANUARY 24, 2011 AT 1:30 P.M. AND EXCLUDING TIME FROM JANUARY 12, 2011 TO JANUARY 24, 2011 |

    The parties currently have scheduled before another court a status hearing on January 12, 2011, at 10:00 a.m., but this case has recently been reassigned to this Court and a new hearing date must be set.  The parties request that the status hearing be rescheduled to January 24, 2011

////

////

////

////

*US v.Perez, et al.,* CR 10-00826-JW
Stipulation and [Proposed] Order re Status Hearing

1  at 1:30 p.m., and that time be excluded under the Speedy Trial Act from January 12, 2011 to
2  January 24, 2011, to permit the parties the reasonable time necessary for effective preparation.
3
4  DATED: December 8, 2010				MELINDA HAAG
						United States Attorney
5
6
7						_____/s/_____
						Thomas A. Colthurst
						Assistant United States Attorney
8
9						_____/s/_____
						Jeane DeKelver, Esq.
10						Counsel for Defendant Edelmann Perez
11
12						_____/s/_____
						Lupe Martinez, Esq.
						Counsel for Defendant Rafael Chipres Campos
13
14						_____/s/_____
						James McNair Thompson, Esq.
15						Counsel for Defendant Froylan Hernandez
16
17						_____/s/_____
						Elizabeth C. Peterson, Esq.
						Counsel for Defendant Maria Delosangeles Cruz
18
19						_____/s/_____
						Michelle D. Spencer, Esq.
20						Counsel for Defendant Marcelino Cruz Torres
21 ////
22 ////
23 ////
24 ////
25 ////
26 ////
27 ////
28

*US v. Perez, et al.,* CR 10-00826-JW
Stipulation and [Proposed] Order re Status Hearing

## ORDER

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT the status hearing in this case be rescheduled from January 12, 2011, at 10:00 a.m. to January 24, 2011 at 1:30 p.m.

For good cause shown, the Court further finds that failing to exclude the time between January 12, 2011 and January 24, 2011, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between January 12, 2011 and January 24, 2011, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time between January 12, 2011 and January 24, 2011, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:   December 16, 2010

HON. JAMES WARE
UNITED STATES DISTRICT JUDGE