1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Criminal Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408)-535-5065
7      Fax: (408)-535-5066
       E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                  SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )   No. CR 10-00826-DLJ
                                     )
15          Plaintiff,               )   STIPULATION AND []
        v.                           )   ORDER EXCLUDING TIME FROM
16                                   )   JANUARY 26, 2012 TO FEBRUARY 2,
   EDELMANN PEREZ, et al.            )   2012
17                                   )
            Defendants.              )
18  _____)

19

20

21       On the Court's motion, the next status hearing in this matter was moved from January 26,

22  2011, at 9:00 a.m., to February 2, 2011, at 9:00 a.m.  The defendant Edelmann Perez, represented

23  by Evans D. Prieston, Esq., the defendant Froylan Hernandez, represented by James McNair

24  Thompson, Esq.,the defendant Maria Delosangeles Cruz, represented by Ruben T. Munoz, Esq.,

25  the defendant Eslevan Navarro, represented by Alfredo M. Morales, Esq.,  and the government,

26  represented by Thomas A. Colthurst, Assistant United States Attorney, request that time be

27  excluded under the Speedy Trial Act from January 26, 2011 to February 2, 2011, to permit the

28

ORDER EXCLUDING TIME
Case No. CR 10-00826-DLJ

1   parties the reasonable time necessary for effective preparation.

2

3   DATED: January 25, 2012             MELINDA HAAG
                                        United States Attorney
4

5                                       _____/s/_____

6                                       Thomas A. Colthurst
                                        Assistant United States Attorney
7

8                                       _____/s/_____
                                        Evans D. Prieston, Esq.
9                                       Counsel for Defendant Edelmann Perez

10                                      _____/s/_____

11                                      James McNair Thompson, Esq.
                                        Counsel for Defendant Maria Delosangeles Cruz
12

13                                      _____/s/_____
                                        Ruben T. Munoz, Esq.
14                                      Counsel for Defendant Froylan Hernandez

15                                      _____/s/_____

16                                      Alfredo M. Morales, Esq.
                                        Counsel for Defendant Eslevan Navarro
17

18

19                                      **<u>ORDER</u>**

20      Based upon the stipulation of the parties, and for good cause shown, the Court finds that

21   failing to exclude the time between January 26, 2011 and February 2, 2011, would deny counsel

22   the reasonable time necessary for effective preparation, taking into account the exercise of due

23   diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served

24   by excluding the time between January 26, 2011 and February 2, 2011, from computation under

25   the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

26      Therefore, IT IS HEREBY FURTHER ORDERED that the time between January 26, 2011

27   and February 2, 2011, shall be excluded from computation under the Speedy Trial Act.  18

28

ORDER EXCLUDING TIME
Case No. CR 10-00826-DLJ

1   U.S.C. § 3161(h)(7)(A) and (B)(iv).

2

3   IT IS SO ORDERED.

4   DATED: F̶D̶F̶D̶G̶

5   _____

    THE HONORABLE D. LOWELL JENSEN

    Senior United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER EXCLUDING TIME
Case No. CR 10-00826-DLJ