1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408)-535-5065
7     Fax: (408)-535-5066
      E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13

14 UNITED STATES OF AMERICA,           )   No. 10-CR-00826-DLJ
                                       )
15      Plaintiff,                     )
                                       )   STIPULATION AND []
16      v.                             )   ORDER CONTINUING HEARING DATE
                                       )
17 EDELMANN PEREZ,                     )
                                       )
18      Defendant.                     )
                                       )
19

20

21     The defendant EDELMANN PEREZ, represented by Evans D. Prieston, Esq., and the

22 government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully

23 request that the sentencing hearing currently scheduled for May 17, 2012, be continued to

24 August 9, 2012.

25      On March 1, 2012, EDELMANN PEREZ pleaded guilty plead guilty to Count One of

26 the Indictment in the above-captioned matter charging him with conspiring to possess with intent

27 to distribute and to distribute methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and

28 841(b)(1)(A)(viii).  He has been in custody since his arrest.

STIPULATION AND [] ORDER
Case No. 10-CR-00826-DLJ

The parties are requesting that his sentencing hearing be reset to August 9, 2012.

No other defendants are affected by this request.

SO STIPULATED:

Dated: March 2, 2012 /S/
Thomas A. Colthurst
Assistant United States Attorney

Dated: March 2, 2012 /S/
Evans D. Prieston, Esq.
Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. Edelmann Perez*, scheduled for May 17, 2012, is continued to August 9, 2012, at 10:00 a.m.

DATED: 3/14/12

THE HONORABLE D. LOWELL JENSEN
United States District Judge

STIPULATION AND [] ORDER
Case No. 10-CR-00826-DLJ -2-