1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
     150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
     Telephone: (408)-535-5065
7    Fax: (408)-535-5066
     E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

                         SAN JOSE DIVISION


   UNITED STATES OF AMERICA,           )   No. 10-CR-00826-DLJ
                                       )
          Plaintiff,                   )
                                       )   STIPULATION AND []
       v.                              )   ORDER CONTINUING HEARING DATE
                                       )
   EDELMANN PEREZ,                     )
                                       )
          Defendant.                   )
   _____)


21      The defendant EDELMANN PEREZ, represented by Evans D. Prieston, Esq., and the
22 government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully
23 request that the sentencing hearing currently scheduled for September 20, 2012, be continued to
24 November 1, 2012.
25      On March 1, 2012, EDELMANN PEREZ pleaded guilty plead guilty to Count One of
26 the Indictment in the above-captioned matter charging him with conspiring to possess with intent
27 to distribute and to distribute methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and
28 841(b)(1)(A)(viii).  He has been in custody since his arrest.

STIPULATION AND [] ORDER
Case No. 10-CR-00826-DLJ

1    The parties are requesting that his sentencing hearing be reset to November 1, 2012.

2    No other defendants are affected by this request.

3  SO STIPULATED:

4

5  Dated: September 11, 2012              /S/
                                     Thomas A. Colthurst
6                                    Assistant United States Attorney

7

8
   Dated: September 11, 2012              /S/
9                                    Evans D. Prieston, Esq.
                                     Attorney for Defendant
10

11    Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing

12  hearing for *United States v. Edelmann Perez*, scheduled for September 20, 2012, is continued to

13  November 1, 2012, at 10:00 a.m.

14

15

16  DATED:  JDÌG

                                     THE HONORABLE D. LOWELL JENSEN
17                                   United States District Judge

STIPULATION AND [] ORDER
Case No. 10-CR-00826-DLJ                -2-