| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | THOMAS A. COLTHURST (CABN 99493)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408)-535-5065 |
| 7 | Fax: (408)-535-5066<br>E-Mail: tom.colthurst@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 10-CR-00826-DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [] |
| v. | ) | ORDER CONTINUING HEARING DATE |
| | ) | |
| EDELMANN PEREZ, | ) | |
| Defendant. | ) | |

The defendant EDELMANN PEREZ, represented by Evans D. Prieston, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for November 1, 2012, be continued to January 24, 2013.

On March 1, 2012, EDELMANN PEREZ pleaded guilty plead guilty to Count One of the Indictment in the above-captioned matter charging him with conspiring to possess with intent to distribute and to distribute methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(viii). He has been in custody since his arrest.

1   The parties are requesting that his sentencing hearing be reset to January 24, 2013.

2   No other defendants are affected by this request.

3   SO STIPULATED:

5   Dated: October 25, 2012                /S/
                                            Thomas A. Colthurst
6                                           Assistant United States Attorney

8
    Dated: October 25, 2012                /S/
                                            Evans D. Prieston, Esq.
9                                           Attorney for Defendant

11  Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing

12  hearing for *United States v. Edelmann Perez*, scheduled for November 1, 2012, is continued to

13  January 24, 2013, at 10:00 a.m.

16  DATED: F<s>EDICT</s>G                   _____
                                            THE HONORABLE D. LOWELL JENSEN
17                                          United States District Judge

STIPULATION AND [] ORDER
Case No. 10-CR-00826-DLJ            -2-