```
1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408)-535-5065
7     Fax: (408)-535-5066
      E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. 10-CR-00826-DLJ |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [] |
| v. | ) ORDER CONTINUING HEARING DATE |
| | ) |
| EDELMANN PEREZ, | ) |
| Defendant. | ) |

The defendant EDELMANN PEREZ, represented by Evans D. Prieston, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for January 24, 2013, be continued to March 7, 2013.

On March 1, 2012, EDELMANN PEREZ pleaded guilty plead guilty to Count One of the Indictment in the above-captioned matter charging him with conspiring to possess with intent to distribute and to distribute methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(viii). He has been in custody since his arrest. All of his co-defendants have been

1  sentenced.

2  The parties are requesting that his sentencing hearing be reset to March 7, 2013.

3  No other defendants are affected by this request.

4  SO STIPULATED:

6  Dated: January 15, 2013                /S/
7                                          Thomas A. Colthurst
                                           Assistant United States Attorney

9  Dated: January 15, 2013                /S/
10                                         Evans D. Prieston, Esq.
                                           Attorney for Defendant

12  Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing

13  hearing for *United States v. Edelmann Perez*, scheduled for January 24, 2013, is continued to

14  March 7, 2013, at 10:00 a.m.

17  DATED: ___FEBGEFH___                   _____
                                           THE HONORABLE D. LOWELL JENSEN
18                                         United States District Judge

STIPULATION AND [] ORDER
Case No. 10-CR-00826-DLJ            -2-